UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| WILLIAM R. SHELL | ) | |
| | ) | |
| v. | ) | No. 2:13-cv-176 |
| | ) | *Greer/ Inman* |
| CAPT. TOM SMITH (Jail Administrator) | ) | |
| and CHRIS MATHIS (Sheriff) | ) | |

## **MEMORANDUM**

On April 14, 2014, Plaintiff was ordered to show cause, within ten days of that date, as to why he had failed properly to respond to Defendants' discovery requests or dispositive motion and was forewarned that his failure to do so would result in the dismissal of his lawsuit without further notice, (Doc. 14). More than ten days have passed since that order was entered, and Plaintiff has failed to show cause or otherwise respond to the order.

Accordingly, by separate order, this case will be **DISMISSED** for Plaintiff's failure to comply with the orders of the Court. *See* Fed. R. Civ. P. 41(b).

**ENTER**:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE